# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SM JEWELRY, LLC, | : |
|     Plaintiff, | : |
| v. | :    NO. 23-cv-01829-CCC |
| NUTMEG INSURANCE AGENCY, INC., | : |
|     Defendant. | : |

## DEFENDANT NUTMEG INSURANCE AGENCY, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. 56 AND LOCAL RULE 56.1

Defendant Nutmeg Insurance Agency, Inc. ("Nutmeg"), by and through its undersigned counsel, files this Motion for Summary Judgment pursuant to F.R.Civ.P. 56 and Local Rule 56.1 for the reasons set forth in its Brief and Statement of Material Facts which are incorporated by reference herein.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

s/Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
PA Bar No.: 65842
rgable@butler.legal
ADAM B. MASEF, ESQ.
PA Bar No.: 313468
amasef@butler.legal
1818 Market Street, Suite 2740
Philadelphia, Pennsylvania 19103
Telephone: (215) 405-9191

Dated: September 4, 2024

Facsimile: (215) 405-9190
*Attorneys for Defendant, Nutmeg Insurance Agency, Inc.*

## **CERTIFICATE OF SERVICE**

I, Richard D. Gable, Jr., hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment, electronically filed this 4th day of September, 2024 has been served on the following counsel of record via the Court's Electronic Filing System:

> Thomas E. Brenner, Esq.
> Caldwell & Kearns, P.C.
> 3631 North Front Street
> Harrisburg, PA  17110
> *Attorneys for Plaintiff*

s/Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.